UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MIGUEL GONZALEZ GARCIA (2),<br><br>Defendant. | Case No.: 25-cr-1309-JO<br><br>[PROPOSED] ORDER GRANTING MOTION TO PROCEED WITH SENTENCING WITHOUT A PRESENTENCE REPORT |

On May 13, 2025, Mr. Gonzalez-Garcia filed a motion to waive the preparation of a presentence report ("PSR") and to proceed with sentencing with a criminal history report ("CHR"). For good cause shown and based on the motion, the Court GRANTS the motion to waive the PSR and to proceed with sentencing with a CHR. *See United States v. Shehadeh*, 962 F.3d 1096, 1102 (9th Cir. 2020) (Holding that a defendant may waive his right to the preparation of a presentence report under Fed. R. Crim. P. 32.). Accordingly, the Court orders the probation office to prepare a CHR in lieu of a PSR. The sentencing with a PSR hearing set for August 8, 2025, is VACATED and a sentencing hearing with a CHR is set for June 20, 2025 at 10:00 a.m.

IT IS SO ORDERED.

Dated: 5/16/45

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE